PROB 12C
(6/16)

Report Date:  October 17, 2017

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**OCT 17 2017**

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Martinez                          Case Number: 0980 1:17CR02023-LRS-1

Address of Offender:            Sunnyside, Washington 98944

Name of Sentencing Judicial Officer:  The Honorable Edward J. Lodge, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 3, 2003

| Original Offense: | Possession with Intent to Distribute Marijuana, 21 U.S.C. § 841(a)(1); Possession of a Firearms in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A); Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); | |
|---|---|---|
| Original Sentence: | Prison - 211 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: October 14, 2016 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: October 13, 2019 |

### PETITIONING THE COURT

To **issue a warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/20/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On October 18, 2016, Mr. Martinez was given a copy of his judgment and his conditions of supervision were explained to him.  Mr. Martinez signed his judgement reflecting that he understood his conditions fully.

On October 7, 2017, at approximately 2:01 a.m., Mr. Martinez was driving on a roadway in Sunnyside, Washington, with only his parking lights on.  A Sunnyside police officer pulled Mr. Martinez over.  When contacted in his vehicle, Mr. Martinez had slurred speech and was very lethargic while looking for his license, registration, and insurance.  The officer immediately recognized Mr. Martinez as being impaired.  Field sobriety tests were not conducted for Mr. Martinez' safety, as he was unsteady on his feet.  A breathalyser test was conducted with a blood alcohol content reading of .165.  Mr. Martinez was arrested and transported to the Sunnyside City Jail where he was booked on driving while license suspended (DWLS) and driving under the influence (DUI).

On October 9, 2017, Mr. Martinez was arraigned on the charges of DWLS and DUI in Sunnyside Municipal Court, case number 7Z1100166.

Prob12C
**Re: Martinez, Jose**
**October 17, 2017**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 17, 2017
_____

s/Arturo Santana
_____

Arturo Santana
U.S. Probation Officer
_____

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

10/17/17
_____
Date