PROB 12C  
(6/16)

Report Date: February 22, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON  

**Feb 22, 2019**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Martinez, Jr.           Case Number: 0980 1:17CR02023-LRS-1

Address of Offender:           Sunnyside, Washington 98944

Name of Sentencing Judicial Officer:  The Honorable Edward J. Lodge, U.S. District Court Judge

Name of Supervising Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Court Judge

Date of Original Sentence: February 3, 2003

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Marijuana, 21 U.S.C. § 841(a)(1)<br>Possession of a Firearms in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)<br>Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); |
| Original Sentence: | Prison - 211 months<br>TSR - 36 months                    Type of Supervision: Supervised Release |
| Revocation Sentence: (12/21/2017) | Prison - 58 days<br>TSR - 34 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon              Date Supervision Commenced: January 19, 2018 |
| Defense Attorney: | Paul Shelton                      Date Supervision Expires: November 18, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/21/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Martinez is considered to be in violation of his conditions of supervision by committing the crime of driving while license suspended in the second degree on February 5, 2019, Sunnyside Municipal Court case number 9Z0023333.<br><br>On January 19, 2018, this officer met with Mr. Martinez upon his release from custody. Mr. Martinez reviewed and signed the judgement and sentence, which outlined the conditions of his term of supervised release. |

Prob12C
Re: Martinez Jr., Jose
February 22, 2019
Page 2

On February 5, 2019, at approximately 12 a.m., Sunnyside Police Department officer Porter observed a vehicle with Washington State (WA) license plate number BEF5456 traveling west bound on West Yakima Valley Highway in front of the Sunnyside Police Department at a high rate of speed given the road conditions, which included compact snow and ice on the roadway due to freezing temperatures. The officer caught up to the vehicle as it approached West Sunnyside Road and paced the vehicle at 55 miles per hour (MPH). As the vehicle drifted onto the soft snowy shoulder, it tapped its brakes and the officer observed the center brake light was not functioning.

The officer stopped the vehicle and contacted the driver who identified himself as Jose Martinez Jr. (date of birth 0    /1974) by his WA drivers license. Mr. Martinez was unable to provide the registration for the vehicle and produced an expired insurance card. A check with the Department of Licensing showed that Mr. Martinez was currently driving while license suspended in the second degree.

Mr. Martinez was contacted and placed under arrest. Mr. Martinez exited the vehicle and as he was speaking with the officer, the officer noticed an odor of intoxicants on his breath. The officer asked Mr. Martinez if he had been drinking and he stated he "had a few" to drink earlier. Mr. Martinez was asked if he would submit to a voluntary preliminary breath test (PBT) as the officer was not going to perform field testing outside in the inclement weather conditions. Mr. Martinez refused the voluntary PBT and he was advised to be under arrest for driving under the influence (DUI).

Mr. Martinez was transported to the Sunnyside City Jail's breath alcohol content (BAC) testing room where the officer began the DUI process. At the completion of the observation period, Mr. Martinez provided BAC samples of .011, .012, .009, and .011.

Mr. Martinez was booked into the Sunnyside City Jail for driving while license suspended in the second degree. Mr. Martinez was issued a notice of infraction for operating a motor vehicle without insurance.

On February 5, 2019, Mr. Martinez was arraigned and charged with driving while license suspended in the second degree. Bail was set at $2,500. Mr. Martinez posted a bond and was released from custody.

Mr. Martinez' next hearing is set for March 21, 2019. At this time, Mr. Martinez has not been charged with DUI.

5       **Mandatory Condition # 1**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Mr. Martinez is considered to be in violation of his conditions of supervision by committing the crime of driving while license suspended in the second degree on February 9, 2019, Yakima County District Court case number 9Z0093678.

On January 19, 2018, this officer met with Mr. Martinez upon his release from custody. Mr. Martinez reviewed and signed the judgement and sentence, which outlined the conditions of his term of supervised release.

Prob12C
Re: Martinez Jr., Jose
February 22, 2019
Page 3

On February 9, 2019, Yakima County Sheriff's Deputy Ward came upon a vehicle facing north bound in a south bound lane on State Route 97 mile post 72. It was apparent from the skid marks the vehicle had slid into the guard rail causing minor front end damage to the sedan. As the deputy approached the vehicle, he noticed the vehicle's tires were very worn and/or bald. The deputy contacted the driver, Jose Martinez, and was told he was driving home and as he approached the intersection, the slight grade of the road caused his vehicle to slide, hitting the guard rail. The deputy requested Mr. Martinez' license, registration, and proof of insurance. Mr. Martinez was only able to produce his license at that time.

After running Mr. Martinez through the Washington State Department of Licensing, it was learned he was driving while license suspended in the second degree. Mr. Martinez was later taken into custody and the vehicle was towed by Douglas Towing.

Mr. Martinez was booked into the Yakima County Jail on the charge of driving while license suspended in the second degree. Mr. Martinez was also cited for no insurance.

On February 10, 2019, Mr. Martinez posted a $1,000 bond and was released from custody.

On February 12, 2019, Mr. Martinez made an initial appearance in Yakima County District Court. His arraignment was set for February 25, 2019, and his bail was maintained as previously posted.

| | |
|---|---|
| 6 | **Special Condition # 6**: You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Mr. Martinez is considered to be in violation of his conditions of supervision by consuming alcohol on or about February 5, 2019.

On January 19, 2018, this officer met with Mr. Martinez upon his release from custody. Mr. Martinez reviewed and signed the judgement and sentence, which outlined the conditions of his term of supervised release.

On February 5, 2019, at approximately 12 a.m., Sunnyside Police Department officer Porter observed a vehicle with Washington State (WA) license plate number BEF5456 traveling west bound on West Yakima Valley Highway in front of the Sunnyside Police Department at a high rate of speed given the road conditions, which included compact snow and ice on the roadway due to freezing temperatures. The officer caught up to the vehicle as it approached West Sunnyside Road and paced the vehicle at 55 miles per hour (MPH). As the vehicle drifted onto the soft snowy shoulder, the vehicle tapped its brakes and the officer observed the center brake light was not functioning.

The officer stopped the vehicle and contacted the driver who identified himself as Jose Martinez Jr. (date of birth 0      1974) by his WA driver's license. Mr. Martinez was unable

to provide the registration for the vehicle and produced an expired insurance card. A check with the Department of Licensing showed that Mr. Martinez was currently driving while license suspended in the second degree.

Prob12C
Re: Martinez Jr., Jose
February 22, 2019
Page 4

    Mr. Martinez was contacted and placed under arrest.  Mr. Martinez exited the vehicle and as he was speaking with the officer, the officer noticed an odor of intoxicants on his breath.  The officer asked Mr. Martinez if he had been drinking and he stated he had a few to drink earlier.  Mr. Martinez was asked if he would submit to a voluntary preliminary breath test (PBT) as the officer was not going to perform field testing outside in the inclement weather conditions.  Mr. Martinez refused the voluntary PBT and he was advised to be under arrest for driving under the influence (DUI).

    Mr. Martinez was transported to the Sunnyside City Jail's breath alcohol content (BAC) testing room where the officer began the DUI process.  At the completion of the observation period, Mr. Martinez provided BAC samples of .011, .012, .009, and .011.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  February 22, 2019

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

02/22/2019
Date