PROB 12C
(6/16)

Report Date: April 5, 2019

**United States District Court**

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for the

Eastern District of Washington

APR - 8 2019

Petition for Warrant or Summons for Offender Under Supervision

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Jose Martinez, Jr.          Case Number: 0980 1:17CR02023-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward J. Lodge, U.S. District Court Judge

Name of Supervising Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Court Judge

Date of Original Sentence: February 3, 2003

Original Offense:     Possession with Intent to Distribute Marijuana, 21 U.S.C. § 841(a)(1); Possession of a Firearms in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A); Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1);

Original Sentence:    Prison - 211 months; TSR - 36 months     Type of Supervision: Supervised Release

Revocation Sentence:   Prison - 58 days
TSR - 34 months

Asst. U.S. Attorney:   Thomas J. Hanlon        Date Supervision Commenced: January 19, 2018

Defense Attorney:     Paul Shelton          Date Supervision Expires: November 18, 2020

---

**PETITIONING THE COURT**

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/21/2018 and 02/22/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number       Nature of Noncompliance

7          **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Martinez is considered to be in violation of his conditions of supervision by consuming controlled substances, methamphetamine, marijuana, ecstasy, and morphine on or about March 18, 2019.

On January 19, 2018, this officer met with Mr. Martinez upon his release from custody. Mr. Martinez reviewed and signed the judgement and sentence, which outlined the conditions of his term of supervised release.

Prob12C
**Re: Martinez, Jose**
**April 5, 2019**
**Page 2**

On March 18, 2019, Mr. Martinez was admitted into Pioneer Center East (PCE) for inpatient treatment. As part of the admission process, Mr. Martinez submitted to urinalysis (UA) testing. He tested positive for methamphetamine, marijuana, ecstasy, and morphine. Mr. Martinez refused to sign a release of information to the probation office because PCE would disclose his positive UA for drugs and he would be violated. Mr. Martinez finally agreed to sign a release of information for the probation office so that the discharge information could be disclosed.

8       **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Martinez is considered to be in violation of his conditions of supervision by being unsuccessfully discharged from intensive inpatient treatment at Pioneer Center East (PCE) on April 2, 2019.

On January 19, 2018, this officer met with Mr. Martinez upon his release from custody. Mr. Martinez reviewed and signed the judgement and sentence, which outlined the conditions of his term of supervised release.

On March 18, 2019, Mr. Martinez was admitted into the intensive inpatient treatment at PCE as recommended by his community-based treatment provider.

On March 28, 2019, it was reported by a staff member that she had an altercation with Mr. Martinez during meal time on March 26, 2019. Mr. Martinez was upset there was parmesan cheese in his food and told the staff member, "you are going to make me puke," using aggressive body language. The staff member stated that she turned around and said something like she "had 50 people to feed and he had to bitch about the food." This was the turning point to get Mr. Martinez a plate without cheese on it. Mr. Martinez came at her at the counter and said, "what did you say to me," "what did you say?" By this time the situation escalated. Another staff member stepped in and pulled Mr. Martinez out to the hall to de-escalate him. Staff members attempted to resolve the situation with Mr. Martinez. He let the staff know he has spent 22 years in prison and using the word "bitch" was not ok. They did not get to a resolution as Mr. Martinez began to believe there was a conspiracy to kick him out of the program. Mr. Martinez wanted to obtain a restraining order against the staff member and threatened to file a law suit against the facility.

On March 29, 2019, there was another incident with a female staff member where Mr. Martinez came at her aggressively. Mr. Martinez denied this behavior and stated that all the staff were out to get him and it was a conspiracy to kick him out. Mr. Martinez was not open to addressing his behavior and only blamed the staff members.

On April 1, 2019, Mr. Martinez' counselor and the facility director met with Mr. Martinez to discuss his behaviors. They attempted to discuss Mr. Martinez' triggers, how he intended to live a better life, and what he wants to get out of treatment. Mr. Martinez continued to talk about the incident that happened in the kitchen and how the director was siding with staff. After several minutes of Mr. Martinez deflecting from what he wants to get out of treatment,

Prob12C
**Re: Martinez, Jose**
**April 5, 2019**
**Page 3**

he asked if this conversation could be recorded. He was told no and that his probation officer could be contacted for representation. His probation officer was not available at the time of this meeting and the conversation ended.

On April 2, 2019, Mr. Martinez was discharged with program advice to be transferred to another facility of his choice in order to get the treatment he has been recommended to complete. There were three interventions that could not discontinue Mr. Martinez' focus on the situation that occurred with the kitchen staff, as well as him showing up late to a group due to him working on a law suit.

9          **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Martinez is considered to be in violation of his conditions of supervision by failing to report to his probation officer as instructed on April 3, 2019.

On January 19, 2018, this officer met with Mr. Martinez upon his release from custody. Mr. Martinez reviewed and signed the judgement and sentence, which outlined the conditions of his term of supervised release.

On April 2, 2019, this officer spoke with Mr. Martinez after he was discharged from Pioneer Center East (PCE). PCE provided Mr. Martinez a bus ticket to return home from Spokane. This officer instructed offender to report in person to the Yakima probation office on April 3, 2019.

On April 3, 2019, this officer spoke with Mr. Martinez and he stated to have missed his bus as it left a few minutes early. Offender stated he would catch another bus or find his own transportation home. This officer instructed Mr. Martinez to report in person to the Yakima probation office on April 4, 2019.

On April 4, 2019, Mr. Martinez failed to report to the probation officer. At 4:25 p.m., this officer conducted a home visit and was unable to make contact with Mr. Martinez. At the time of writing this report, Mr. Martinez has not contacted the probation office. His whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/05/2019
_____

s/Arturo Santana
_____

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Martinez, Jose**
**April 5, 2019**
**Page 4**

THE COURT ORDERS

[ ]   No Action

[X]   The Issuance of a Warrant

[ ]   The Issuance of a Summons

[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[ ]   Defendant to appear before the Judge assigned to the case.

[ ]   Defendant to appear before the Magistrate Judge.

[ ]   Other

_____
Signature of Judicial Officer

4/8/19
_____
Date