# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 05, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Martinez, Jr.        Case Number: 0980 1:17CR02023-LRS-1

Address of Offender:            Sunnyside, Washington 98944

Name of Sentencing Judicial Officer:  The Honorable Edward J. Lodge, U.S. District Court Judge
Name of Supervising Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 3, 2003

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Marijuana, 21 U.S.C. § 841(a)(1); Possession of a Firearms in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A); Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); |
| Original Sentence: | Prison - 211 months; TSR - 36 months |
| Revocation Sentence: (12/21/2017) | Prison - 58 days TSR - 34 months |

Original Sentence: Prison - 211 months;   Type of Supervision: Supervised Release
TSR - 36 months

Asst. U.S. Attorney:  Thomas J. Hanlon        Date Supervision Commenced: January 19, 2018

Defense Attorney:  Paul Shelton            Date Supervision Expires: November 18, 2020

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 12/21/2018, 02/22/2019 and 04/05/2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Martinez is considered to be in violation of his conditions of supervision by consuming controlled substances, methamphetamine and marijuana, on August 16, 2019. |

On January 19, 2018, this officer met with Mr. Martinez upon his release from custody. Mr. Martinez reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

On August 22, 2019, this officer met with Mr. Martinez at his residence. Mr. Martinez was instructed to submit to random urinalysis testing. While in the restroom waiting, this officer asked Mr. Martinez if he had consumed drugs. Mr. Martinez stated that he consumed methamphetamine and marijuana on August 16, 2019. The instant test results were presumptive positive for methamphetamine and marijuana, consistent with Mr. Martinez' admission.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 3, 2019

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer
09/05/2019
Date