PROB 12C
(6/16)

Report Date:  September 25, 2019

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 26, 2019

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Martinez, Jr.                Case Number: 0980 1:17CR02023-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward J. Lodge, U.S. District Judge

Name of Supervising Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 3, 2003

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Marijuana, 21 U.S.C. § 841(a)(1); Possession of a Firearms in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A); Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 211 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Revocation Sentence: (12/21/2017) | Prison - 58 days<br>TSR - 34 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: January 19, 2018 | |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: November 18, 2020 | |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/21/2018, 02/22/2019, 04/05/2019, and 09/03/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Martinez is considered to be in violation of his conditions of supervision by failing to report in person to the probation office on September 19, 2019.<br><br>On January 19, 2018, this officer met with Mr. Martinez upon his release from custody.  Mr. Martinez reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release. |

Prob12C
**Re: Martinez, Jr., Jose**
**September 25, 2019**
**Page 2**

On September 12, 2019, this officer met with Mr. Martinez at the Yakima U.S. Probation Office. Mr. Martinez was in violation of his supervised release conditions at the time and was instructed to report to this officer at the probation office weekly beginning on September 19, 2019.

On September 19, 2019, Mr. Martinez failed to report to the probation office. He did not make an effort to contact this officer.

On September 20, 2019, this officer attempted to locate Mr. Martinez at his residence. This officer met with his parents and they stated that Mr. Martinez rarely stayed at their residence and they did not know of his whereabouts.

On September 23, 2019, Mr. Martinez contacted this officer after 5 p.m. and asked about reporting to the probation office. He was told it was closed as it was after business hours. Mr. Martinez was instructed to be home on September 24, 2019, so this officer could meet with him in person. Mr. Martinez stated he would be at his residence.

On September 24, 2019, this officer attempted to visit Mr. Martinez at his residence. This officer spoke with Mr. Martinez' father, Jose Martinez, Sr., and he stated that Mr. Martinez had not stayed at their residence and his whereabouts were unknown.

12          **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: Mr. Martinez is considered to be in violation of his conditions of supervision by knowingly communicating or interacting with convicted felons without first getting the permission of the probation officer on September 20, 2019.

On January 19, 2018, this officer met with Mr. Martinez upon his release from custody. Mr. Martinez reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

On September 20, 2019, at approximately 2:25 p.m., according to the Prosser Police Department incident report number 19-02920, Officer Bustamante was working his assigned patrol area of Prosser, Benton County, WA, driving his fully marked patrol vehicle, wearing his full uniform. He drove into the parking lot of 700 Wine Country (Love`s Travel Stop) and noticed a gold colored Honda Accord at one of the gas pumps with two males standing next to it. He noticed the two males glance over at him and quickly get into the vehicle, with one of them getting into the driver`s seat. The suspect vehicle then quickly headed towards the exit. As this was done, the two vehicles crossed paths and the officer was able to read the front license plate of the gold colored Honda Accord as Washington State license BEF5456.

Prob12C
**Re: Martinez, Jr., Jose**
**September 25, 2019**
**Page 3**

The suspect vehicle exited the parking lot and went westbound on Wine Country Road.  A records check via department of licensing (DOL) for the vehicle showed it was registered to a Jose Martinez.  A records check via DOL on the operator's license number (OLN) attached to the vehicle return showed Martinez as being second degree suspended.

The officer exited the parking lot and headed westbound on Wine Country Road in an attempt to get behind the suspect vehicle.  The suspect vehicle turned southbound onto Hoisington Road.  The officer briefly lost sight of the suspect due to it quickly pulling into the driveway of 147401 Hoisington Road.  The officer partially pulled into the driveway and activated his emergency lights to initiate a stop on the suspect vehicle.

The passengers in the vehicle were Mr. Martinez, April J. Jones, and Francisco E. Martinez.  There was nobody in the driver's seat.  After further investigation, Francisco admitted to have been driving the vehicle and as soon as he came to a stop, he jumped to the back seat.  When Francisco was asked for his driver's license, he stated he did not have his license since he had been released from prison earlier this year.  Francisco provided an inmate identification card.

A records check revealed Francisco as being third degree suspended/revoked..  He was issued a traffic citation.

According to law enforcement, April Jones and Francisco Martinez are convicted felons.

Mr. Martinez did not have permission from his probation officer to communicate or interact with convicted felons.

13          **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Mr. Martinez is considered to be in violation of his conditions of supervision by consuming a controlled substance, methamphetamine, on or about September 10, 2019.

On January 19, 2018, this officer met with Mr. Martinez upon his release from custody.  Mr. Martinez reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

On September 12, 2019, this officer met with Mr. Martinez at the Yakima U.S. Probation Office.  Mr. Martinez was instructed to submit to random urinalysis testing.  Mr. Martinez submitted a urine sample and it tested presumptive positive for methamphetamine.  Mr. Martinez stated he consumed methamphetamine on September 10, 2019.  The urine specimen was sent to the laboratory for confirmation testing.

On September 17, 2019, the laboratory test results were returned and confirmed that Mr. Martinez' urine sample was positive for methamphetamine.

**Prob12C**
**Re: Martinez, Jr., Jose**
**September 25, 2019**
**Page 4**

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | September 25, 2019 |
| | s/Arturo Santana |
| | Arturo Santana<br>U.S. Probation Officer |

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[✓]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

09/26/2019
_____
Date