PROB 12C
(6/16)

Report Date: December 6, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Martinez, Jr.    Case Number: 0980 1:17CR02023-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward J. Lodge, United States District Judge
Name of Supervising Judicial Officer: The Honorable Lonny R. Suko, Senior United States District Judge

Date of Original Sentence: February 3, 2003

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Marijuana, 21 U.S.C. § 841(a)(1); Possession of a Firearms in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A); Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 211 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(12/21/2017) | Prison - 58 days<br>TSR - 34 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: January 19, 2018 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: November 10, 2020 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/21/2018, 02/22/2019, 04/05/2019, 09/03/2019 and 09/25/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

    14    **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.

        **Supporting Evidence**: Mr. Martinez is considered to be in violation of his conditions of supervision by being arrested on November 8, 2019, for possession of a controlled substance and possession of drug paraphernalia, Yakima County Superior Court cause number 19-1-02167-39.

        On January 19, 2018, this officer met with Mr. Martinez upon his release from custody. Mr. Martinez reviewed and signed the judgment and sentence, which outlines the conditions of his term of supervised release.

Prob12C
**Re: Martinez, Jr., Jose**
**December 6, 2019**
**Page 2**

On November 8, 2019, per Yakima County Sheriff's Office (YSO) incident report number 19C19988, at approximately 10:40 a.m., Deputy Johnson was dispatched to 10670 McDonald Road in the City of Harrah, in reference to an agency assist. Yakama Nation Police Department Sergeant Alexander advised he had a non-enrolled member identified as Jose Martinez, Jr., detained at this location. He further advised that Mr. Martinez had multiple local and federal warrants for his arrest.

Upon Deputy Johnson's arrival, he observed a gold Honda, Washington license number BEF5456, parked in the field to the west of 10670 McDonald Road. He contacted Sergeant Alexander who stated to him the following in summary: He was just dispatched to this area in reference to a domestic report. He was checking the area when he observed the above-listed vehicle parked in the field. He conducted a Washington State Department of Licensing check via his radio. Dispatch advised him of the vehicle's registered owner, Mr. Martinez, who had multiple outstanding warrants.

Sergeant Alexander and other officers approached the vehicle where they located Mr. Martinez seated in the driver's seat with his seat fully reclined. They also located his girlfriend identified as Aleeah, seated in the rear seat.

Deputy Johnson proceeded to contact Mr. Martinez who was detained in the rear seat of Sergeant Alexander's patrol vehicle. He read Mr. Martinez his Miranda Rights from an agency issued Miranda Rights card. Mr. Martinez stated he understood and wished to speak with him.

Mr. Martinez stated to Deputy Johnson the following in summary: He knew he had outstanding warrants because he violated the terms of his federal probation program. He went on to state that he was incarcerated for trafficking methamphetamine and that he and his girlfriend were living out of the vehicle. The deputy asked Mr. Martinez if there were any illegal items such as narcotics in the vehicle and he stated there was a small baggie of methamphetamine and a glass smoking device he described as a "meth pipe" currently inside of the vehicle.

At this point, Deputy Johnson requested consent to search the vehicle, which Mr. Martinez agreed. Both Mr. Martinez and Aleeah, signed a consent to search form for Deputy Johnson which allowed him to search the vehicle. Mr. Martinez was removed from the patrol vehicle and stood by while the deputy conducted the search. In the center console, the deputy located a glass pipe with residue wrapped in a paper towel. He asked Mr. Martinez if this was the meth pipe, to which he stated "yes." The deputy then located a small baggie tied in a knot on the dash of the vehicle. Mr. Martinez saw this and informed Deputy Johnson that this was the baggie of methamphetamine he had referred to. Another piece of plastic packaging was located in the center console. No other items to note were located.

Deputy Johnson released the vehicle back to Aleeah per Mr. Martinez' request. Deputy Johnson transported Mr. Martinez to YSO where the deputy weighed the suspect methamphetamine as packaged. The scale displayed a weight of 0.61 grams. The deputy completed a request to charge Mr. Martinez for possession of methamphetamine and possession of drug paraphernalia. Deputy Johnson transported Mr. Martinez to the Yakima County Jail where he was booked for his outstanding warrants and new charges. Copies of the consent to search form and receipt for property seized were provided to Mr. Martinez at the jail.

Prob12C
**Re: Martinez, Jr., Jose**
**December 6, 2019**
**Page 3**

On November 26, 2019, Mr. Martinez was arraigned in Yakima County Superior Court for cause number 19-1-02167-39 and charged with possession of a controlled substance and use of drug paraphernalia. Mr. Martinez is scheduled for a pretrial hearing on December 23, 2019.

15  **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Mr. Martinez is considered to be in violation of his conditions of supervision by possessing a controlled substance, methamphetamine, on November 8, 2019.

On January 19, 2018, this officer met with Mr. Martinez upon his release from custody. Mr. Martinez reviewed and signed the judgment and sentence, which outlines the conditions of his term of supervised release.

As mentioned above in violation number 1, on November 8, 2019, Mr. Martinez was arrested by a YSO deputy for possession of a controlled substance, methamphetamine.

Mr. Martinez was apprehended due to having an outstanding federal warrant for his arrest. The Deputy interviewed Mr. Martinez; he stated he knew he had outstanding warrants because he violated the terms of his federal probation program. He went on to state he had been incarcerated for trafficking methamphetamine, adding that he and his girlfriend were living out of the vehicle. The deputy asked Mr. Martinez if there were any illegal items such as narcotics in the vehicle. Mr. Martinez stated there was a small baggie of methamphetamine and a glass smoking device he described as a "meth pipe" inside of the vehicle.

The deputy requested consent to search the vehicle, which Mr. Martinez agreed to. Both Mr. Martinez and Aleeah signed a consent to search form for Deputy Johnson allowing him to search the vehicle. Mr. Martinez was removed from the patrol vehicle and stood by while the deputy conducted the search. In the center console, the deputy located a glass pipe with residue wrapped in a paper towel. He asked Mr. Martinez if that was the "meth pipe," and Mr. Martinez stated "yes." The deputy then located a small baggie tied in a knot on the dash of the vehicle; Mr. Martinez noticed, and informed Deputy Johnson that was the baggie of methamphetamine he was referring to. Another piece of plastic packaging was located in the center console.

Deputy Johnson transported Mr. Martinez to YSO where he weighed the suspect methamphetamine as packaged. The scale displayed a weight of 0.61 grams.

**Prob12C**
**Re: Martinez, Jr., Jose**
**December 6, 2019**
**Page 4**

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 6, 2019

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*[signature]*

Signature of Judicial Officer

12/06/2019

Date