PROB 12C
(6/16)

Report Date: May 7, 2021

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2021

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Jose Martinez, Jr.     Case Number: 0980 1:17CR02023-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 3, 2003

| | |
|---|---|
| Original Offense: | Ct. 5: Possession with Intent to Distribute Marijuana, 21 U.S.C. § 841(a)(1)<br>Ct. 7: Possession of a Firearm in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)<br>Ct. 8: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 211 months<br>TSR - 36 months |
| Revocation Sentence: (12/21/2017) | Prison - 58 days<br>TSR - 34 months |
| Revocation Sentence: (04/16/2020) | Prison - 12 months and 1day<br>TSR - 12 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Defense Attorney: | Paul Shelton |

Type of Supervision: Supervised Release

Date Supervision Commenced: November 23, 2020

Date Supervision Expires: November 22, 2021

**PETITIONING THE COURT**

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

1     **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Martinez is considered to be in violation of his supervised release conditions by failing to report to Merit Resource Services (Merit) for urinalysis (UA) testing on March 4, 18, 29, 2021; and April 6, 12, and 27, 2021.

Prob12C
**Re: Martinez, Jr., Jose**
**May 7, 2021**
**Page 2**

On November 30, 2020, this officer met with Mr. Martinez after he released from custody on November 23, 2020. Mr. Martinez reviewed and signed the judgment and sentence, which outlines the conditions of his term of supervised release.

On November 30, 2020, the substance abuse testing instructions were reviewed with Mr. Martinez. He verbally acknowledged his understanding of the testing program. He was instructed to call the Merit color line system for the color brown. When his color brown was called, he was to report to Merit and submit to a drug screen.

On March 5, 2021, Merit reported Mr. Martinez failed to show up to random UA testing on March 4, 2021.

On March 19, 2021, Merit reported Mr. Martinez failed to show up to random UA testing on March 18, 2021.

On March 30, 2021, Merit reported Mr. Martinez failed to show up to random UA testing on March 29, 2021.

On April 7, 2021, Merit reported Mr. Martinez failed to show up to random UA testing on April 6, 2021.

On April 13, 2021, Merit reported Mr. Martinez failed to show up to random UA testing on April 12, 2021.

On April 28, 2021, Merit reported Mr. Martinez failed to show up to random UA testing on April 27, 2021.

On May 7, 2021, Merit reported Mr. Martinez failed to show up to random UA testing on May 6, 2021.

2    **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Martinez is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about April 9, 2021.

On November 30, 2020, this officer met with Mr. Martinez after he released from custody on November 23, 2020. Mr. Martinez reviewed and signed the judgment and sentence, which outlines the conditions of his term of supervised release.

On April 9, 2021, Mr. Martinez reported to the probation office in person and submitted to UA testing. Mr. Martinez provided a UA and the instant test results were presumptive positive for methamphetamine. The specimen was sent to Alere Toxicology Services, Incorporated (Alere) for confirmation.

On April 21, 2021, the results from Alere were received and it was confirmed that the specimen provided by Mr. Martinez on April 9, 2021, was positive for methamphetamine.

Prob12C
Re: Martinez, Jr., Jose
May 7, 2021
Page 3

|   |   |   |
|---|---|---|
| 3 | | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Martinez is considered to be in violation of his supervised release conditions by consuming a controlled substance, marijuana, on or about April 23, 2021.

On November 30, 2020, this officer met with Mr. Martinez after he released from custody on November 23, 2020.  Mr. Martinez reviewed and signed the judgment and sentence, which outlines the conditions of his term of supervised release.

On April 23, 2021, Mr. Martinez reported to the probation office in person and submitted to UA testing.  Mr. Martinez provided a urine sample and the instant tests results were presumptive positive for marijuana.  The specimen was sent to Alere for confirmation.

On May 1, 2021, the results from Alere were received and it was confirmed the specimen provided by Mr. Martinez on April 23, 2021, was positive for marijuana.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 7, 2021

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

May 7, 2021
Date