PROB 12C
(6/16)

Report Date: June 25, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 28, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Martinez, Jr.        Case Number: 0980 1:17CR02023-LRS-1

Address of Offender:        Sunnyside, Washington 98944

Name of Sentencing Judicial Officer:  The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 3, 2003

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Marijuana, 21 U.S.C. § 841(a)(1) <br> Possession of Firearms in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A) <br> Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 211 months <br> TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (12/21/2017) | Prison - 58 days <br> TSR - 34 months | |
| Revocation Sentence: (04/16/2020) | Prison - 12 months and 1 day <br> TSR - 12 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: November 23, 2020 |
| Defense Attorney: | Paul E. Shelton | Date Supervision Expires: November 22, 2021 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 05/07/2021 and 05/26/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

7        **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about ow and when you must report to the probation officer as instructed.

        **Supporting Evidence**: Mr. Martinez is considered to be in violation of his supervised release conditions by failing to report to his probation officer on June 23, 2021.

Prob12C
**Re: Martinez, Jr., Jose**
**June 25, 2021**
**Page 2**

On November 30, 2020, this officer met with Mr. Martinez after he released from custody on November 23, 2020. Mr. Martinez reviewed and signed the judgment and sentence, which outlines the conditions of his term of supervised release.

On June 21, 2021, this officer asked Mr. Martinez to report to the probation office the following day for the purpose of urinalysis (UA) testing. Mr. Martinez stated he had car problems and would try to report the following day and if not, on Wednesday, June 23, 2021. Mr. Martinez was directed to report to the probation office by June 23, 2021.

On June 23, 2021, at approximately 3 p.m., this officer conducted an unannounced home visit and met with his parents who reported Mr. Martinez was in Yakima, Washington, in his vehicle.

Mr. Martinez failed to report to the probation office before the end of business day of June 23, 2021. At approximately 9:40 p.m., this officer received a message from Mr. Martinez that he spaced the time working on his car and he remembered he was supposed to report today. Mr. Martinez stated he lost track of time and would report the following day by 2 p.m. As of the date of this report, Mr. Martinez has not reported to the probation office.

| | |
|---|---|
| 8 | **Special Condition #14**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay. |

**Supporting Evidence**: Mr. Martinez is considered to be in violation of his supervised release conditions by failing to complete a mental health evaluation as recommended since June 7, 2021.

On November 30, 2020, this officer met with Mr. Martinez after he released from custody on November 23, 2020. Mr. Martinez reviewed and signed the judgment and sentence, which outlines the conditions of his term of supervised release.

On June 7, 2021, according to Mr. Martinez' substance abuse counselor, Mr. Martinez was given a choice to return to Comprehensive Healthcare in Sunnyside, Washington, for substance abuse counseling, so long as he completed a mental health evaluation and followed any mental health counseling recommendations. Mr. Martinez was instructed to obtain the mental health evaluation.

On June 24, 2021, this officer asked Mr. Martinez about his counseling status and Mr. Martinez stated he had not scheduled an appointment for a mental health evaluation and he could not find the business card provided to him to contact the mental health counselor which is located in the same building with his substance abuse counselor. As of the date of this report, Mr. Martinez has not completed a mental health evaluation.

Prob12C
Re: Martinez, Jr., Jose
June 25, 2021
Page 3

9      **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Martinez is considered to be in violation of his supervised release conditions by consuming a controlled substance, marijuana on or about June 7, 2021.

On November 30, 2020, this officer met with Mr. Martinez after he released from custody on November 23, 2020. Mr. Martinez reviewed and signed the judgment and sentence, which outlines the conditions of his term of supervised release.

On June 7, 2021, Mr. Martinez reported to his substance abuse counselor, Jose Villalba, at Comprehensive Healthcare for a substance abuse evaluation. As part of the evaluation process, Mr. Martinez submitted to UA testing. The urine sample was sent to the Cordant Laboratory.

On June 16, 2021, Mr. Villalba informed this officer that the results from the UA collected on June 7, 2021, were positive for marijuana.

10      **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Martinez is considered to be in violation of his supervised release conditions by consuming a controlled substance, marijuana on or about June 14, 2021.

On November 30, 2020, this officer met with Mr. Martinez after he released from custody on November 23, 2020. Mr. Martinez reviewed and signed the judgment and sentence, which outlines the conditions of his term of supervised release.

On June 16, 2021, this officer met with Mr. Martinez at his residence and attempted to collect a random UA. Mr. Martinez reported to have medical problems after he was instructed to submit to UA testing. Mr. Martinez stated he could not provide a urine sample without having a bowel movement and that this officer was welcome to observe him in the restroom until he was ready to provide the urine sample. This officer allowed Mr. Martinez to use the restroom alone in hopes he could submit a urine sample afterwards. Mr. Martinez spent several minutes in the restroom while this officer waited outside of the restroom door speaking with his sister, Teresa. After several minutes of no response from Mr. Martinez, he was instructed to report to Merit for UA testing before end of the business day, as this officer did not feel safe being inside the residence with no visual on Mr. Martinez.

Mr. Martinez reported to Merit and submitted to UA testing. The instant test results were positive for marijuana. The urine sample was sent to Alere Laboratory for confirmation testing. On June 22, 2021, the UA results were returned and confirmed positive for marijuana metabolite.

Prob12C
**Re: Martinez, Jr., Jose**
**June 25, 2021**
**Page 4**

>On June 24, 2021, this officer confronted Mr. Martinez on his drug use and asked him when he consumed marijuana. Mr. Martinez stated that he consumed marijuana on or about June 14, 2021, a few days prior to his UA test.

The U.S. Probation Office respectfully recommends the Court to issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 25, 2021

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

June 28, 2021
Date