PROB 12C
(6/16)

Report Date: January 14, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Martinez, Jr.        Case Number: 0980 1:17CR02023-LRS-1

Address of Offender:        Sunnyside, Washington 98944

Name of Sentencing Judicial Officer:  The Honorable Edward J. Lodge, U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 3, 2003

Original Offense:   Ct. 5: Possession with Intent to Distribute Marijuana, 21 U.S.C. § 841(a)(1)
Ct. 7: Possession of a Firearms in Relation to a Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)
Ct. 8: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 211 months        Type of Supervision: Supervised Release
TSR - 36 months

Revocation Sentence: (12/21/2017)   Prison - 58 days
TSR - 34 months

Revocation Sentence: (04/16/2020)   Prison - 12 months and 1 day
TSR - 12 months

Asst. U.S. Attorney:   Thomas J. Hanlon        Date Supervision Commenced: November 23, 2020

Defense Attorney:   Paul E. Shelton        Date Supervision Expires: November 22, 2021

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on May 7, 26, and June 25, 2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Martinez is considered to be in violation of his supervised release conditions by being charged for failure to register as a sex offender on August 17, 2021, Yakima County Sheriff's Office (YSO) case number 21C13982. |

On November 30, 2020, this officer met with Mr. Martinez after he released from custody on November 23, 2020. Mr. Martinez reviewed and signed the judgment and sentence, which outlines the conditions of his term of supervised release.

On October 1, 1994, Jose Martinez, Jr. was convicted of first degree rape in Yakima County Superior Court. Mr. Martinez' conviction is a Class A felony, and he has a lifetime requirement to register as a sex offender under Washington State law. Mr. Martinez is classified as a level two offender.

On August 17, 2021, Sgt. Rojas conducted a residence verification check on Mr. Martinez at his listed residence of 258 Albro Road, Sunnyside, Washington, in Yakima County. At the residence, Sgt. Rojas contacted Mr. Martinez' father identified to be Jose Martinez, Sr. Jose Martinez, Sr. stated that Mr. Martinez had not lived at the residence for about a month. Jose Martinez, Sr. said Mr. Martinez was living somewhere near the City of Sunnyside, with his current girlfriend.

As of August 25, 2021, Mr. Martinez listed his place of residence as 258 Albro Road, Sunnyside, in Yakima County with YSO.

Sgt. Rojas had no idea where Mr. Martinez was residing and due to his place of residency being unknown, he was in violation of his sex offender registration requirements. Sgt. Rojas requested Mr. Martinez be charged with failure to register.

On September 15, 2021, Mr. Martinez was arraigned in Yakima County Superior Court and charged with fail to register as a sex offender.

Mr. Martinez remains in custody on this state matter and there is no current trial date scheduled.

12    **Mandatory Condition #1**: You must not commit another federal, state, or local crime.

**Supporting Evidence**: Mr. Martinez is considered to be in violation of his supervised release conditions by being arrested for first degree assault, second degree assault and obstructing a law enforcement officer on August 31, 2021, YSO case number 21CD14761.

On November 30, 2020, this officer met with Mr. Martinez after he released from custody on November 23, 2020. Mr. Martinez reviewed and signed the judgment and sentence, which outlines the conditions of his term of supervised release.

On August 31, 2021, at approximately 5:44 a.m., YSO dispatch received a call from the homeowner of 831 Swan Road, Sunnyside, in Yakima County, named IR. Dispatch advised the homeowner, IR, stated a male who was later identified as Jose Martinez, Jr., entered the residence with a knife. Dispatch advised IR and Mr. Martinez had a physical altercation. During the altercation, IR struck Jose with a stick causing a laceration to Jose's head.

Mr. Martinez fled on foot. Mr. Martinez was described as a bald, Hispanic male, wearing a large camouflage jacket. YSO deputy Kramer located Mr. Martinez walking near Lester Road in Outlook, Yakima Conty. Deputy Kramer gave verbal commands for Mr. Martinez to stop. Mr. Martinez ignored the commands and began running. Mr. Martinez jumped into

a large canal and swam across. Deputy Kramer gave several commands to stop, but Mr. Martinez continually ignored the commands and fled. Mr. Martinez ran North toward Yakima Valley Highway and took cover in a tree line near the highway.

A perimeter was set. Deputy Diaz arrived, deployed a drone and located Jose hiding under a tree. K9 deputy Panattoni arrived and a K9 track was authorized. Deputy Panattoni and his K9 partner located Mr. Martinez, who was taken into custody without incident. Mr. Martinez was wearing a camouflage jacket and matched the description provided by IR.

Mr. Martinez had a large laceration on his head where he was struck by IR. Mr. Martinez was escorted to deputy Bazan's patrol vehicle. Mr. Martinez was read his Miranda rights. Mr. Martinez stated he understood these rights and refused to provide a statement. Mr. Martinez voluntarily stated he was at the listed address to visit his uncle. Sunnyside ambulance arrived and Mr. Martinez was transported to Sunnyside hospital for medical treatment.

Deputy Bazan and Sgt. Rojas arrived at 831 Swan Road and contacted IR. IR had blood near his left lip and blood on his shirt. IR stated he heard his dog barking and observed a male wearing a camouflage coat standing near a tree approximately 25 feet from his front door. IR exited his residence and confronted the male; the male was Mr. Martinez. Mr. Martinez stated he was looking for his uncle. IR informed Mr. Martinez that his uncle did not live at the listed address. IR told Mr. Martinez to leave and he refused. IR walked closer to Mr. Martinez. IR was concerned because IR's 12 and 16-year-old children were inside the residence and Mr. Martinez appeared hostile. Mr. Martinez pushed IR. IR stated he pushed Mr. Martinez back causing Mr. Martinez to fall to the ground. IR stated Mr. Martinez removed a sharp object from his person and moved his hand in a slicing motion. IR was struck by the sharp object in a slicing motion on the lower left leg, the blade penetrated through IR's Carhart pants causing a small laceration.

IR stepped back and Mr. Martinez stood up and walked to the rear of IR's residence. IR followed Mr. Martinez in fear that Mr. Martinez was attempting to enter his residence where his children were sleeping. As IR followed, Mr. Martinez began throwing rocks and unopened beer cans. IR stated he followed Mr. Martinez and picked up a wooden stick. Mr. Martinez charged at IR in an aggressive manner. IR struck Mr. Martinez on the head. IR stated after he struck Mr. Martinez, Mr. Martinez fled on foot. IR's injuries were photographed by deputy Bazan.

The charges for Mr. Martinez are: first degree assault, second degree criminal trespass, resisting and obstruction. Mr. Martinez was booked into the Yakima County Jail.

On September 15, 2021, Mr. Martinez was arraigned in Yakima County Superior Court and charged with first degree assault deadly weapon/force, second degree assault deadly weapon and obstructing law enforcement officer.

Mr. Martinez remains in custody on this state matter and there is no current trial date scheduled.

Prob12C
Re: Martinez, Jr., Jose
January 14, 2022
Page 4

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 14, 2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

January 18, 2022

Date